IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KENNETH BARRETT**                                                         **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 4:05CV164LS**

**WARDEN LARRY GREER, LT. DENNIS
JOHNSON, LT. PATRICK THOMAS,
OFFICER WILLIE BOOKERT, and
OFFICER SHIRLEY ENTERKINS**                               **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about August 3, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims should be, and the same are hereby, dismissed without prejudice.

SO ORDERED this the 29th day of August, 2006.

                                                    /s/ Tom S. Lee
                                                  UNITED STATES DISTRICT JUDGE